UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARCO THONY CADEJUSTE,

    Plaintiff,

v.                        Case No. 5:21-cv-109-TKW/MJF

MARK INCH, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court upon referral from the clerk of the court. On October 18, 2021, the undersigned ordered Plaintiff to file an amended complaint by November 17, 2021. *See* Doc. 17. The court later extended Plaintiff's deadline to March 8, 2022. Doc. 23. The court warned Plaintiff that failure to comply with the order likely would result in dismissal of this case. Doc. 17 at 16; Doc. 23 at 2. Plaintiff has not complied with the order requiring him to replead, and has not responded to the show cause ordered dated March 11, 2022. Doc. 24.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1.   This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of this court.[1]

2.   The clerk of the court be directed to close this case file.

At Panama City, Florida, this <u>4th</u> day of April, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").